UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RICHARD MCNATT**,

        Plaintiff,

        v.

**CAROLYN COLVIN**, Commissioner
Social Security Administration,

        Defendant.

Civil Case No. 3:13-CV-01790-KI

JUDGMENT

    Merrill Schneider
    Schneider Kerr & Gibney Law Offices
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff


    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Gerald J. Hill
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

  Attorneys for Defendant


KING, Judge:

  Based on the record,

  The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

  Dated this      27th      day of August, 2014.


             /s/ Garr M. King
           Garr M. King
           United States District Judge